Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET  U. S. DISTRICT COURT
(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO  **DOCKET NUMBER:** 3:23-CR-256-FDW

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** :US vs | ELIAN RENE FABIAN VALLADOLID |
| **COUNTY OF OFFENSE** : | MECKLENBURG |
| **RELATED CASE INFORMATION** : | |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty   ◯ Misdemeanor   ⦿ Felony

21 USC § 846

**JUVENILE:**  ◯ Yes   ⦿ No

**ASSISTANT U. S. ATTORNEY** : THOMAS M. KENT

**VICTIM/WITNESS COORDINATORS:**

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**

(Maintain form in the Attorney Work Product folder / purge before archiving.)