# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Elian Rene Fabian VALLADOLID

Case Number: 3:23 CR 256-FDW

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 USC 846 and 21 USC 841(b)(1)(A) | 10 Years | (based on amount of "actual" meth): mandatory minimum term of 10 years imprisonment, maximum term of life imprisonment, a maximum fine of $10,000,000, and at least 5 years of supervised release. |
| 2 through 6 | 21 USC 841(a)(1) and 21 USC 841(b)(1)(A) | 10 Years | (based on amount of "actual" meth in each count): mandatory minimum term of 10 years imprisonment, maximum term of life imprisonment, a maximum fine of $10,000,000, and at least 5 years of supervised release. |

| | | |
|---|---|---|
| IS THE DEFENDANT AN ARMED CAREER CRIMINAL?<br>* For 922(g) cases only | ☐ YES | ☒ NO |
| HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?<br>* For drug cases only | ☐ YES | ☒ NO |
| DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?<br>* 18 U.S.C. 924(C) ONLY | ☐ YES | ☒ NO |
| IF YES | ☐ BRANDISH | |
| | ☐ DISCHARGE | |